UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE ON THE T-MOBILE CELLULAR PHONE ASSIGNED CALL NUMBER 603-943-1874 | M.J. Docket No. 21-6353-MPK<br><br>EX PARTE APPLICATION<br><br>**FILED UNDER SEAL** |

APPLICATION FOR A PEN REGISTER AND TRAP AND TRACE DEVICE

The United States of America, by Assistant U.S. Attorney Fred M. Wyshak, III ("Applicant"), applies to the Court for an Order pursuant to 18 U.S.C. §§ 3122 and 3123, authorizing the installation and use anywhere within the United States of a pen register and a trap and trace device on the T-Mobile cellular phone assigned phone number 603-943-1874, listed to an unknown subscriber whose address is presently unknown and used by Angel Manuel GERMAN FAMILIA (hereinafter the "Target Telephone").

In support of this application, I state as follows:

1. I am currently an "attorney for the Government" as defined in Fed. R. Crim. P. 1(b)(1), and therefore, pursuant to 18 U.S.C. § 3122, may apply for an order authorizing the installation and use of a pen register and a trap and trace device.

2. This Court has jurisdiction to grant this application pursuant to 18 U.S.C. §§ 3123(a)(1) and 3127(2)(A).

3. Law enforcement agents from the Drug Enforcement Administration and U.S. Department of Homeland Security are conducting a criminal investigation of Angel Manuel GERMAN FAMILIA and unknown others in connection with possible violations of 21 USC § 841(a)(1), Distribution and Possession with Intent to Distribute a Controlled Substance. It is

believed that the subjects of the investigation are using the above described Target Telephone in furtherance of the subject offenses. I certify that the information likely to be obtained from the pen register and trap and trace device is relevant to the ongoing criminal investigation.

4. I request that the Court issue an order pursuant to 18 U.S.C. § 3123 authorizing the installation and use anywhere within the United States for a period of sixty (60) days of:

(a) a pen register to decode dialing, routing, addressing, and signaling information transmitted by the Target Telephone, excluding the contents of any communication, and

(b) a trap and trace device to capture the incoming electronic or other impulses to the Target Telephone that identify the originating number or other dialing, routing, addressing, and signaling information reasonably likely to identify the source of a wire or electronic communication.

5. I further request, pursuant to 18 U.S.C. § 3127, that the Court's order specifically include the dialing, routing, addressing, and/or signaling information to and from the Target Telephone for any and all electronic communications as defined in 18 U.S.C. § 2510(12), including text, MMS and SMS messages, excluding the contents of any electronic communications.

6. I further request that the Court order, pursuant to 18 U.S.C. §§ 3123(b)(2) and 3124, that T-Mobile and any other person or entity providing wire or electronic communication service to the Target Telephone, furnish the Drug Enforcement Administration and U.S. Department of Homeland Security forthwith all information, facilities, and technical assistance necessary to accomplish the installation and use of the pen register and trap and trace device unobtrusively and with a minimum of interference with the normal services provided to the Target Telephone.

7. I further request that T-Mobile, any other person or entity providing wire or electronic communication service to the Target Telephone, and anyone else providing assistance to the applicant, be ordered, pursuant to 18 U.S.C. § 3123(d), not to disclose the existence of this application, the Court's Orders, and the existence of a pen register and trap and trace device on the Target Telephone or the existence of the investigation to any person, unless and until otherwise ordered by this Court.

8. I further request that the Court issue an original Service Provider Order, in the form submitted herewith, for service upon T-Mobile and any other person or entity providing wire or electronic communication service to the Target Telephone from which the statement of offenses and the name of the person under investigation have been removed.

9. I finally request that the order bind not only T-Mobile but also any other person or entity providing wire or electronic communication service to the Target Telephone upon service of a copy of this Order without further order of this Court being required.

WHEREFORE, it is respectfully requested that the Court grant an order authorizing for a period of 60 days from the date of the order the installation and use anywhere within the United States of a pen register and trap and trace device, and directing T-Mobile and any other person or entity providing wire or electronic communication service to the Target Telephone forthwith furnish law enforcement agents from the Drug Enforcement Administration and U.S. Department of Homeland Security with all information, facilities and technical assistance necessary to accomplish the installation and use of the pen register and trap and trace device on the Target Telephone.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Fred M. Wyshak, III
FRED M. WYSHAK, III
Assistant U.S. Attorney

Date Submitted: 06/16/2021

*allowed*
*June 16, 2021*
*Page Kelley*